IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUMNER COUNTY, TENNESSEE, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civil No. 3:10-0703 |
| ) | Judge Trauger |
| SUMNER REGIONAL HEALTH SYSTEMS, ) | |
| INC., *et al.*, ) | |
| ) | |
| Appellees. ) | |

## O R D E R

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED.**

ENTER 27th this day of July 2010.

_____
ALETA A. TRAUGER
U.S. District Judge